E-FILED
Friday, 30 November, 2007 11:29:36 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Criminal No. 07-40107 |
| ) | |
| v. ) | VIO: Title 18, United States Code, |
| ) | Section 13; 625 ILCS 5/6-303(A) |
| TAMERA R. JOHNSON ) | |
| ) | |
| Defendant, ) | |

INFORMATION

FILED
NOV 3 0 2007
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

THE UNITED STATES ATTORNEY CHARGES:

COUNT I

On or about November 21, 2007, in the Central District of Illinois, the defendant,

TAMERA R. JOHNSON

did operate a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jurisdiction of the United States, while her driver's license was revoked, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/6-303(a) and in violation of Title 18, United States Code, Section 13.

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:   /S/ Mary L. Fuhr
      MARY L. FUHR
      SPECIAL ASSISTANT U.S. ATTORNEY
      Rock Island Arsenal
      Rock Island, IL 61299-5000
      Telephone: 309/782-8443